MARK McCREARY et al., Appellants, *v.* TOWN OF THURSTON, Respondent.

Submitted February 20, 1950; decided March 2, 1950.

*Wilbur F. Knapp* for appellants.

*James S. Drake* for respondent.

Judgment affirmed, with costs; no opinion.

Concur: LOUGHRAN, Ch. J., LEWIS, DESMOND, DYE, FULD and FROESSEL, JJ. Taking no part: CONWAY, J.